USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 2/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - v. -

VICTOR JAVIER RODRIGUEZ

    Defendant.

- - - - - - - - - - - - - - - - - X

ORDER

19 Cr. 317 (ER)

     WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 21, 2020;

     WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

     WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
February 27, 2020

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK